UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                    CRIMINAL ACTION NO. 3:10CR-101-S

PERCY BROWN                                                                                  DEFENDANT

### ORDER

Motion having been made and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the motion of the defendant, Percy Brown, *pro se*, for disclosure of exculpatory evidence (DN 33) is **DENIED**.  The defendant is presently in the custody of the Commonwealth of Kentucky and has not appeared or been arraigned on the charges pending before this court.

**IT IS SO ORDERED.**

August 12, 2011

**Charles R. Simpson III, Judge
United States District Court**