UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

11 OCT 19 AM 11:53

UNITED STATES OF AMERICA

v.

SUPERSEDING INDICTMENT

NO. 3:10CR-101-S
18 U.S.C. § 2
18 U.S.C. § 371
18 U.S.C. § 513

**PERCY BROWN**

The Grand Jury charges:

### COUNT 1
(Conspiracy)

1. From in or about January 2008 through in or about June 2009, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, **PERCY BROWN**, the defendant herein, Dawn Russell, and other unnamed co-conspirators, did conspire, confederate and agree with each other and with others, known and unknown to the Grand Jury, to commit the following offenses against the United States:

   A. To make, utter, and possess a counterfeit security of an organization affecting interstate commerce with the intent to deceive another, in violation of Title 18, United States Code, Section 513.

   B. To knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution, in violation of Title 18, United States Code, Section 1344.

### Manner and Means

2. It was further a part of the conspiracy that **PERCY BROWN** and Dawn Russell fraudulently manufactured counterfeit checks using bank account information from actual bank accounts.

3. It was further a part of the conspiracy that **PERCY BROWN** and Dawn Russell and other unnamed co-conspirators recruited individuals to pass counterfeit checks in their actual names.

### Overt Acts

4. In furtherance of the conspiracy, and in order to effect the object thereof, the defendants, **PERCY BROWN** and Dawn Russell, and other unnamed co-conspirators did commit the following overt acts, among others:

5. From in or about January 2008 through June 2009, members of the conspiracy manufactured and passed and attempted to pass at least $123,891.55 in counterfeit checks in the Louisville, Kentucky, area that included, among others, the counterfeit checks identified in paragraphs 6 through 14 of this Count.

6. In or about November 2008 through January 2009, in the Western District of Kentucky, Jefferson County, Kentucky, Dawn Russell recruited P.L. to pass counterfeit checks at Louisville area merchants, including, among others, the following checks manufactured by members of the conspiracy:

| Date   | Check # | Amount | Bank            | Payer       | Location |
|--------|---------|--------|-----------------|-------------|----------|
| 1/3/09 | 75373   | $500   | Bank of America | Cash-4-Gold | Target   |
| 1/3/09 | 75374   | $500   | Bank of America | Cash-4-Gold | Target   |
| 1/3/09 | 75375   | $500   | Bank of America | Cash-4-Gold | Target   |

2

| 11/20/08 | 24459645 | $862.74 | Farmers Bank & Capital of Frankfort | Storall Group | Wal-Mart |
| 11/20/08 | 24459647 | $622.13 | Farmers Bank & Capital of Frankfort | Storall Group | Wal-Mart |

7. In April and May of 2009, in the Western District of Kentucky, Jefferson County, Kentucky, Dawn Russell obtained from P.L. checks from a closed personal checking account, and then fraudulently passed the checks at Louisville area banks, including, among others, the following checks:

| Date | Check # | Amount | Bank | Payer | Location |
|---|---|---|---|---|---|
| 4/23/09 | 1005 | $625 | Republic Bank | P.L. | National City Bank |
| 4/23/09 | 1006 | $625 | Republic Bank | P.L. | U.S. Bank |
| 4/24/09 | 1010 | $463 | Republic Bank | P.L. | Fifth Third Bank |
| 4/24/09 | 1011 | $570 | Republic Bank | P.L. | L & N Credit Union |
| 5/11/09 | 1018 | $590 | Republic Bank | P.L. | Stockyards Bank |

8. In or about February 2009, through May 2009, in the Western District of Kentucky, Jefferson County, Kentucky, Dawn Russell recruited D.T. to pass counterfeit checks at Louisville area National City Bank branches, including, among others, the following checks manufactured by members of the conspiracy:

| Date | Check # | Amount | Bank | Payer | Location |
|---|---|---|---|---|---|
| 3/13/2009 | 220010 | $1,800 | National City Bank | West Louisville Community Ministries | National City Bank |
| 10/2009 | 220113 | $1,700 | National City Bank | West Louisville Community Ministries | National City Bank |
| 4/13/2009 | 220010 | $1,700 | National City Bank | West Louisville Community Ministries | National City Bank |
| 3/25/2009 | 220149 | $1,200 | National City Bank | West Louisville Community Ministries | National City Bank |

3

| Date | Check # | Amount | Bank | Payer | Location |
|---|---|---|---|---|---|
| 4/7/2009 | 220186 | $1,700 | National City Bank | West Louisville Community Ministries | National City Bank |
| 4/6/2009 | 220226 | $1,700 | National City Bank | West Louisville Community Ministries | National City Bank |

9.  In or about February 2009, in the Western District of Kentucky, Jefferson County, Kentucky, Dawn Russell recruited D.T. to pass counterfeit checks, including, among others, the following check manufactured by members of the conspiracy:

| Date | Check # | Amount | Bank | Payer | Location |
|---|---|---|---|---|---|
| 2/7/09 | 54946 | $789.64 | PNC | Elder Serve | Wal-Mart |

10. In or about March 2009, in the Western District of Kentucky, Jefferson County, Kentucky, Dawn Russell recruited K.P. to pass counterfeit checks at Louisville area merchants, including, among others, the following checks manufactured by members of the conspiracy:

| Date | Check # | Amount | Bank | Payer | Location |
|---|---|---|---|---|---|
| 3/20/09 | 2753548962 | $896.56 | Chase | State Farm | Wal-Mart |

11. In or about April 2009, in the Western District of Kentucky, Jefferson County, Kentucky, Dawn Russell recruited L.E. to pass counterfeit checks at Louisville area merchants, including, among others, the following check manufactured by members of the conspiracy:

| Date | Check # | Amount | Bank | Payer | Location |
|---|---|---|---|---|---|
| 4/1/09 | 66191 | $700 | Old National Bank | Jefferson County Circuit Court | AmericaMexico |
| 4/1/09 | 66191 | $700 | Old National Bank | Jefferson County Circuit Court | Tropicano |

12. In or about March and April 2009, in the Western District of Kentucky, Jefferson County, Kentucky, Dawn Russell recruited M.D. to pass counterfeit checks at Louisville area merchants and banks, including, among others, the following checks manufactured by members of the conspiracy:

| Date | Check # | Amount | Bank | Payer | Location |
|---|---|---|---|---|---|
| 3/30/09 | 220141 | $1,400 | National City Bank | West Louisville Community Ministries | National City Bank |
| 4/4/09 | 229987 | $1,279.28 | Chase Bank | State Farm Insurance | Wal-Mart |

13. In or about September and October 2009, in the Western District of Kentucky, Jefferson County, Kentucky, **PERCY BROWN** and Dawn Russell recruited B.R. to pass counterfeit checks at Louisville area merchants, including, among others, the following checks manufactured by members of the conspiracy:

| Date | Check # | Amount | Bank | Payer | Location |
|---|---|---|---|---|---|
| 9/23/08 | 1100 | $858.78 | Chase Bank | Cardinal Aluminum | Shop Right |
| 10/3/08 | 1136 | $565.33 | Chase Bank | Dunhill Staffing Systems | unknown |
| 10/14/08 | 1160 | $497.76 | PNC Bank | Rounsavall Title Group | unknown |
| 10/15/08 | 1162 | $697.76 | PNC Bank | Rounsavall Tile Group | unknown |

In violation of Title 18, United States Code, Section 371.

The Grand Jury further charges:

## COUNTS 2-12
(Forged Instrument)

From in or about August 2008 through October 2009, in the Western District of Kentucky, Jefferson County, Kentucky, **PERCY BROWN**, the defendant herein, aided and abetted by others, did on the dates set out below, make, possess and utter a forged security of an organization affecting interstate commerce, with intent to deceive another person and organization on the dates set forth below:

5

| Ct. | Date | Check # | Amount | Bank | Payer | Location |
|---|---|---|---|---|---|---|
| 2 | 9/23/08 | 1100 | $858.78 | Chase Bank | Cardinal Aluminum | Shop Right |
| 3 | 10/3/08 | 1136 | $565.33 | Chase Bank | Dunhill Staffing Systems | unknown |
| 4 | 10/14/08 | 1160 | $497.76 | PNC Bank | Rounsavall Title Group | unknown |
| 5 | 10/15/08 | 1162 | $697.76 | PNC Bank | Rounsavall Tile Group | unknown |
| 6 | 10/22/08 | 1187 | $296.88 | Fifth Third | Family Dental Associates | Wal-Mart |
| 7 | 10/22/08 | 1190 | $796.88 | Fifth Third | Family Dental Associates | Wal-Mart |
| 8 | 10/31/08 | 1230 | $794.32 | Fifth Third | Snelling Personnel | Wal-Mart |
| 9 | 11/19/08 | 1324 | $788.73 | PNC Bank | Louisville Ladder | Wal-Mart |
| 10 | 11/19/08 | 1325 | $698.32 | PNC Bank | Louisville Ladder | Wal-Mart |
| 11 | 8/24/08 | 1040 | $768.38 | PNC Bank | Central State | Expressway Liquors |
| 12 | 11/12/08 | 1100 | $5,000 | PNC Bank | Louisville Ladder | Algonquin Liquors |

All in violation of Title 18, United States Code, Sections 2 and 513.

The Grand Jury further charges:

## COUNT 13
(Conspiracy)

1. In or about October and November 2008, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, **PERCY BROWN**, the defendant herein, L.H., A.P. and other unnamed co-conspirators, did conspire, confederate and agree with each other and with others, known and unknown to the Grand Jury, to commit the following offenses against the United States:

6

    A. To make, utter, and possess a counterfeit security of an organization affecting interstate commerce with the intent to deceive another, in violation of Title 18, United States Code, Section 513.

### Manner and Means

2. It was further a part of the conspiracy that **PERCY BROWN** and A.P. fraudulently manufactured counterfeit checks using bank account information from actual bank accounts.

3. It was further a part of the conspiracy that **PERCY BROWN** and A.P. and other co-conspirators, including L.H., recruited individuals to pass counterfeit checks in their actual names.

### Overt Acts

4. In furtherance of the conspiracy, and in order to effect the object thereof, the defendant, **PERCY BROWN**, and other unnamed co-conspirators did commit the following overt acts, among others:

5. In or about October and November 2008, in the Western District of Kentucky, Jefferson County, Kentucky, **PERCY BROWN** and A.P. recruited L.H. to pass counterfeit checks at Louisville area merchants, including, among others, the following checks manufactured by members of the conspiracy:

| Date | Check # | Amount | Bank | Payer | Location |
|---|---|---|---|---|---|
| 10/22/08 | 1190 | $796.88 | Fifth Third | Family Dental | Wal-Mart |
| 10/22/02 | 1187 | $296.88 | Fifth Third | Family Dental | Wal-Mart |
| 10/31/08 | 1230 | $794.32 | Fifth Third | Snelling Personnel | Wal-Mart |
| 11/19/08 | 1325 | $698.32 | PNC Bank | Louisville Ladder | Wal-Mart |

| 11/19/08 | 1324 | $788.43 | PNC Bank | Louisville Ladder | Wal-Mart |

In violation of Title 18, United States Code, Section 371.

A TRUE BILL.

_____
FOREPERSON


*/s/ Laura R. Hall*
DAVID J. HALE
UNITED STATES ATTORNEY

DJH:BRC:jb:  9/28/11

8

UNITED STATES OF AMERICA v **PERCY BROWN**

## PENALTIES

Count 1 & 13: NM 5 yrs./$250,000/both/NM 5 yrs. Supervised Release (each count)
Counts 2-12: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987</u>:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

    1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

    2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

    LOUISVILLE:    Clerk, U.S. District Court
                                    106 Gene Snyder U.S. Courthouse
                                    601 West Broadway
                                    Louisville, KY 40202
                                    502/625-3500

    BOWLING GREEN:    Clerk, U.S. District Court
                                    120 Federal Building
                                    241 East Main Street
                                    Bowling Green, KY 42101
                                    270/393-2500

    OWENSBORO:    Clerk, U.S. District Court
                                    126 Federal Building
                                    423 Frederica
                                    Owensboro, KY 42301
                                    270/689-4400

    PADUCAH:    Clerk, U.S. District Court
                                    127 Federal Building
                                    501 Broadway
                                    Paducah, KY 42001
                                    270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 3:10CR-101-S

FILED
US DISTRICT COURT
WESTERN DISTRICT OF KY

11 OCT 19 AM 11 55

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA
vs.

PERCY BROWN

## SUPERSEDING INDICTMENT
Title 18 U.S.C. §§ 371; 2; 513:
Conspiracy to Commit Bank Fraud; Aiding and Abetting; Possession of Forged Instruments.

A true bill

_____
eman

*Filed in open court this 19th day, of October A.D. 2011.*

_____
Clerk

*Bail, $*