UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V                                                              CRIMINAL ACTION NO. 3:10CR-101-CRS

PERCY BROWN                                                                              DEFENDANT

## MOTION TO DISMISS
## CHARGES WITHOUT PREJUDICE

ELECTRONICALLY FILED

Comes the United States of America, by counsel, for its motion to dismiss all charges contained in the original Indictment and the Superseding Indictment against the defendant Percy Brown. The defendant had been pending state charges that were recently dismissed. The United States originally filed an Indictment on August 3, 2010, [DN 1] and a Superseding Indictment on October 19, 2011, [DN41] against the defendant. The defendant was recently released from state custody following the dismissal of state charges. The defendant, despite filing several motions, has not made an initial appearance on the charges in the instant case. The defendant's co-defendant, Dawn Russell, pleaded guilty to the original Indictment [DN 1] and has previously sentenced.

WHEREFORE, the charges against the defendants should be dismissed without prejudice.

        Respectfully submitted,

        JOHN E. KUHN, JR.
        United States Attorney


        */s/ Bryan R. Calhoun*
        Bryan R. Calhoun
        Assistant United States Attorney
        717 West Broadway
        Louisville, Kentucky 40202
        Phone: (502) 625-7064


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing response was sent by electronic transmission on this 6th day of April, 2016, through the Court's ECF system.

        */s/ Bryan R. Calhoun*
        Bryan R. Calhoun
        Assistant United States Attorney