UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                        PLAINTIFF

V                                                    CRIMINAL ACTION NO. 3:10CR-101-CRS

PERCY BROWN                                                                     DEFENDANT

## ORDER

Upon the agreed motion of the United States and the defendants to dismiss the charges contained in the Indictment without prejudice, this motion is, GRANTED.

IT IS HEREBY ORDERED that all charges contained the Indictment and the Superseding Indictment against PERCY BROWN are dismissed without prejudice against the defendant.

April 6, 2016

Charles R. Simpson III, Senior Judge
United States District Court